1  Roger G. Perkins, Esq., State Bar No. 86617
   Tammara N. Tukloff, Esq., State Bar No. 192200
2  **MORRIS POLICH & PURDY LLP**
   501 W. Broadway, Suite 501
3  San Diego, CA 92101
   Telephone: (619) 557-0404
4  Facsimile: (619) 557-0460
   E-Mail: Ttukloff@mpplaw.com
5
   Attorney for Defendants,
6  DJO, LLC and DJO, INC. fka DJ ORTHOPEDICS, INC.

7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN JOSE DIVISION**

11  MARTIN R. JARAMILLO,                    Case No.: 5:09-cv-04421-PVT

12           Plaintiff,

13  vs.                                     xxxxxxxxxxxxx ] **ORDER FOR**
                                            **EXTENSION OF TIME FOR**
14  DJO, LLC, a Delaware Corporation; DJO,  **DJO LLC AND DJO, INC. FKA**
    INC., FKA DJ ORTHOPEDICS, INC., a       **DJ ORTHOPEDICS TO FILE**
15  Delaware Corporation; MCKINLEY          **RESPONSIVE PLEADING**
    MEDICAL, L.L.C., a Colorado
16  Corporation; MOOG, INC., a New York
    Corporation; CURLIN MEDICAL, INC.,
17  and DOES 1 through 10,
                                            **Judge: Hon. Patricia V. Trumbull**
18           Defendants.

19

20

21       IT IS HEREBY ORDERED that the stipulated extension of time for Defendants

22  DJO LLC and DJO INC. fka DJ ORTHOPEDICS, INC. to file a responsive pleading is

23  hereby ordered. DJO LLC and DJO INC. fka DJ ORTHOPEDICS, INC are ordered to file a

24  responsive pleading by no later than December 8, 2009.

25

26       **IT IS SO ORDERED.**

27  Date: November  20 , 2009                *Patricia V. Trumbull*
                                            The Honorable Patricia V. Trumbull
28

                                   -1-